**FILED**

DEC 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

IN RE ARREST WARRANT            :      MAG. NO. 07-648-M-01
                                :
                                :      **UNDER SEAL**
                                :
                                :

             **GOVERNMENT'S MOTION TO FILE AFFIDAVIT IN SUPPORT
             OF ARREST WARRANT AND SUPPORTING PLEADINGS UNDER SEAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the attached Affidavit in Support of Arrest Warrant, and the paperwork accompanying it, be placed under seal until the arrest warrant has been executed. For the same reasons discussed below, the government further requests that this Motion and any resulting Order be placed under seal by the Court until further order of the Court.

The government plans to execute the arrest warrant on the morning of Tuesday, December 18, 2007, or as soon thereafter as possible. The government fears that, if the subject of the investigation learns about the warrant before it is executed, the subject may attempt to avoid being arrested or otherwise flee the jurisdiction, and may hide items that otherwise might be found during a search conducted incident to arrest or pursuant to a search warrant that may be obtained.

The government further requests that this motion, the affidavit and accompanying paperwork, and resulting Order be filed under seal to protect law enforcement officials who will be involved in the execution of the arrest warrant, as well as any civilians who may be in the area when the warrant is executed.

Wherefore, the government requests that this motion, the affidavit and accompanying paperwork, and the resulting Order be placed under seal. A proposed Order is attached for the Court's signature.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: *(signature)*

Timothy G. Lynch, D.C. Bar No. 456506
Geoffrey L.J. Carter, D.C. Bar No. 460971
Assistant United States Attorneys
Fraud & Public Corruption Section
555 4th Street NW, Fifth Floor
Washington, D.C. 20530
(202) 353-4862
timothy.lynch2@usdoj.gov
geoffrey.carter2@usdoj.gov