**FILED**

DEC 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE ARREST WARRANT       :       MAG. NO. 07-648-M-01
                           :
                           :       **UNDER SEAL**

**ORDER**

Upon consideration of the government's motion for leave to file the Affidavit in Support of Arrest Warrant and accompanying paperwork in the this matter under seal, as well as sealing its Motion to Seal and the resulting Order, and for good cause shown therefor, it is hereby

**ORDERED** that the government's Affidavit in Support of Arrest Warrant, the accompanying paperwork, the government's Motion to Seal, and this Order, shall be, until further Order of this Court, **SEALED**.

**SO ORDERED**, this _17th_ day of December, 2007.

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE

Serve: Timothy G. Lynch
       Geoffrey L.J. Carter
       Assistant United States Attorneys
       Fraud & Public Corruption Section
       555 4th Street NW, Fifth Floor
       Washington, D.C.  20530
       Fax: (202) 307-2304
       e-mail: timothy.lynch2@usdoj.gov
               geoffrey.carter2@usdoj.gov