# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                          CASE NUMBER: 07-648-M-01

ALETHIA O. GROOMS

### UNOPPOSED MOTION TO VACATE THE PRELIMINARY HEARING AND TO CHANGE THE CONDITIONS OF RELEASE OF THE DEFENDANT AND SUPPORTING MEMORANDUM O LAW

Now comes the defendant, Alethia O. Grooms, by and through counsel, for an Order unopposed by the counsel for the Ofiice of the United States Attorney Office for the District of Columbia and 18 U.S.C. §1346 to (i) **vacating the preliminary hearing scheduled for March 31, 2008, at 9:30 a.m**, (ii) **waiving the preliminary hearing by the defendant**, (iii) **removing the defendant from electronic monitoring pretrial** (iii) **extending the defendant's curfew until 11 pm. local time**, and (iv) **allowing the defendant to travel within a 100 mile radius**, (v) **requiring daily phone reporting.** and (vii) **waiving the speedy trial act by 90 days** All other conditions of release would remain the same.

Kevin McCants

Kevin McCants
Unified DC Bar # 493979

1001 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
202.742.6540
202.330.5155 (fax)

### Certificate of Service

Under penalty of perjury I certify that a true and complete copy of the defendant's UNOPPOSED MOTION TO VACATE THE PRELIMINARY HEARING AND TO CHANGE THE CONDITIONS OF RELEASE OF THE DEFENDANT AND SUPPORTING MEMORANDUM O LAW was sent electronically to the assigned Assistant United States Attorney Timothy g. Lynch on this 28th day of March, 2008.

_____
Kevin McCants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

vi.                                      **CASE NUMBER: 07-648-M-01**

**ALETHIA O. GROOMS**

### ORDER

Based upon the representations of counsel, the Court Orders the following:

1. the preliminary hearing scheduled for March 31, 2008 is vacated,

2. the preliminary hearing is waived by the defendant,

3. electronic monitoring by pretrial services is removed as a condition,

4. defendant's curfew is 11 pm. local time seven days per week,

5. the defendant may travel within a 100 mile radius,

6. the defendant shall report daily by phone to pretrial services

7. the defendant has waived the speedy trial act by 90 days

**SO ORDERED.**

_____                              _____
DATE                                     JOHN M. FACCIOLA
                                         U.S. MAGISTRATE JUDGE