UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

    v.                                                                          MAG NO. 07-648-M-01

**ALETHIA GROOMS,**

        **Defendant.**

## JOINT MOTION TO CONTINUE STATUS HEARING

The United States of America and Defendant Alethia Grooms respectfully request a continuance of the status hearing currently scheduled for June 27, 2008, until July 15, 2008. In support thereof, the parties state as follows:

    1.    Pursuant to the Speedy Trial Act, any indictment or information resulting from the charges against Defendant Grooms must be filed within 30 days of her arrest, 18 U.S.C. § 3161(b). Given her previous waivers under the Act, any indictment or information must be filed on or before July 29, 2008.

    2.    A status hearing is currently scheduled for June 27, 2008, at 9:30 a.m. before the Honorable John M. Facciola.

    3.    The complaint filed against Defendant Grooms is part of a larger investigation being conducted by the United States Attorney's Office for the District of District of Columbia, the United States Attorney's Office for the District of Maryland, the Federal Bureau of Investigation, the Internal Revenue Service, the District of Columbia Office of Inspector General, and the District of Columbia Office of Integrity & Oversight in the Office of the Chief Financial Officer, among others. The investigation relates to a scheme to embezzle tens of millions of dollars from the District of Columbia Office of Tax & Revenue over a lengthy period of time.

4.      The parties request additional time to facilitate a full investigation of this matter and to allow the parties the opportunity to discuss a potential resolution of the case.  In addition, defense counsel expects to be in trial in another jurisdiction until July 11, 2008.

**WHEREFORE**, the parties respectfully request that the Court grant their Joint Motion to Continue Status Hearing.

Respectfully submitted,

By:  /s/
Timothy G. Lynch, D.C. Bar No. 456506
David S. Johnson, D.C. Bar No. 477298
Assistant United States Attorneys
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 353-4862
timothy.lynch2@usdoj.gov

By:  /s/
Kevin J. McCants, Esq., D.C. Bar No. 493979
Counsel for Alethia Grooms
601 Pennsylvania Avenue, N.W.
Suite 900 – South
Washington, D.C. 20004
(202) 742-6540
mccants6@juno.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

    v.                                               MAG NO. 07-648-M-01

**ALETHIA GROOMS,**

    **Defendant.**

## ORDER

Upon consideration of the Joint Motion to Continue Status Hearing, and the entire record herein, it is this ____ day of June, 2008, hereby

**ORDERED** that the status hearing currently scheduled for June 27, 2008, at 9:30 a.m. is continued until July 15, 2008, at ____ a.m./p.m.

    **SO ORDERED**.

                                                    The Honorable John M. Facciola
                                                    United States Magistrate Judge