UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                    MAG NO. 07-648-M-01

ALETHIA GROOMS,

Defendant.

FILED
JUN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Joint Motion to Continue Status Hearing, and the entire record herein, it is this 24th day of June, 2008, hereby

**ORDERED** that the status hearing currently scheduled for June 27, 2008, at 9:30 a.m. is continued until July 15, 2008, at 1:30 ~~a.m.~~/p.m. before Magistrate Judge Robinson, Courtroom 4, Second Floor

**SO ORDERED**.

_____
The Honorable John M. Facciola
United States Magistrate Judge