IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

       v.                               Case # 07-648-M-1

ALETHIA GROOMS,

       Defendant

### JOINT MOTION FOR CONTINUANCE PURSUANT TO 18 U.S.C. § 3161(h)(8) AND TO VACATE THE JULY 15, 2008, STATUS HEARING, OR, IN THE ALTERNATIVE, REQUEST TO PARTICIPATE BY TELEPHONE BY COUNSEL.

The United States of America and Defendant Alethia Grooms respectfully requests that the Court grant a 60-day continuance under the Speedy Trial Act and vacate the status hearing currently scheduled for July 15, 2008. In support thereof, the parties state as follows:

**REQUEST TO PARTICAPTE BY TELEPHONE:** Counsel is in a jury trial in the Nothern District of Maryland, Baltimore, in front of the Honorable Chief Judge Benson Legg and, unable to attend the proceedings in person. Said jury trial was predicted to conclude July 11, 2008, but has continued. Counsel is available be cell telephone at 202-

316-4966. Counsel attempted to obtain stand-in counsel but was unable at the "last moment."

1. Pursuant to the Speedy Trial Act, any information or indictment resulting from the charges against Defendant Grooms must be filed within 30 days of her arrest. See 18 U.S.C. §§ 3161(b). Given her previous waivers under the Act, any indictment or information must be filed on or before July 29, 2008.

2. The complaint filed against Defendant Grooms is part of a larger investigation being conducted by the United States Attorneys Office for the District of District of Columbia, the United States Attorneys Office for the District of Maryland, the Federal Bureau of Investigation, the Internal Revenue Service, the District of Columbia Office of Inspector General, and the District of Columbia Office of Integrity & Oversight in the Office of the Chief Financial Officer, among others. The investigation relates to a scheme to embezzle tens of millions of dollars from the District of Columbia Office of Tax & Revenue over a lengthy period of time. The government and its investigators continue to review extraordinarily large volumes of governmental and financial records.

3.  Thus far, the investigation has resulted in the arrest of multiple individuals, including Diane Gustus, Jayrece Turnbull, Connie Alexander, Richard Walters, Ricardo Walters, Walter Jones, Patricia Steven, Robert Steven, and Harriette Walters. The investigation has also resulted in the search of several locations and the seizure of personal and real property. To date, Ricardo Walters, Marilyn Yoon, Walter Jones, Richard Walters, Connie Alexander, and Robert Steven have pled guilty to related offenses in the United States District Court for the District of Maryland.

4.  The parties request additional time to facilitate a full and complete grand jury investigation, to permit Defendant Grooms and her counsel sufficient time to investigate all facts, and to allow the parties the opportunity to discuss a potential resolution of the case.

5   Under the circumstances, the government respectfully requests that the Court grant a 60-day continuance under the Act on the grounds that (1) the facts upon which the grand jury must base its determination are unusual or complex and (2) failure to

grant such a continuance in the proceeding would be likely to * * * result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(ii)-(iii).

6. For the foregoing reasons, the ends of justice will be served by granting a 60-day continuance of time within which to file an information or indictment. Those ends outweigh the best interests of the public and the defendant in a speedy trial, because a 60-day continuance will permit a full and complete grand jury investigation into this matter and will allow the parties sufficient time to discuss a potential resolution of the case.

7. Under the circumstances, the parties further request that the status hearing currently scheduled for July 15, 2008, be vacated.

WHEREFORE, the parties respectfully request that the Court grant their joint motion for a 60-day continuance under the Speedy Trial Act and to vacate the July 15, 2008, status hearing.

Respectfully submitted,

Kevin McCants,
Esquire
Bar # 493979
601 Pennsylvania Ave, NW
Suite 900
Washington, DC 20004
202.742.540 (telephone)

Certificate of Service
Under penalty of perjury, I attest the attached Joint Motion for Continuance was served on the Government Counsel on this 14th day of July, 2008.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

       v.                        Case # 07-648-M-1

ALETHIA GROOMS,

       Defendant

ORDER

Upon consideration of the Joint Motion for Continuance Pursuant to 18 U.S.C. §3161(h)(8) and to vacate the July 15, 2008, Status Hearing, the Court makes the following findings:

1    The investigation in this matter is ongoing and involves the review of an extraordinarily large volume of governmental and financial records over a significant period of time.

2.    The parties request additional time to facilitate a full and complete grand jury investigation, to permit Defendant Grooms and her counsel sufficient time to

investigate all facts, and to allow the parties the opportunity to discuss a potential resolution of the case.

3. Under the circumstances, I find that it is unreasonable to expect return and filing of the indictment within the period specified in 18 U.S.C. § 3161(b) * * * because the facts upon which the grand jury must base its determination are unusual and complex. See 18 U.S.C. § 3161(h)(8)(B)(iii). I further find that a failure to grant such a continuance in the proceeding would be likely to * * * result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(i).

4. For the foregoing reasons, the ends of justice will be served by granting a 60-day continuance of time within which to file an information or indictment. Those ends outweigh the best interests of the public and the defendant in a speedy trial, because a 60-day continuance will permit a full and complete grand jury investigation into this matter and will allow the parties sufficient time to discuss a potential resolution of the case.

Wherefore, it is this ____ day of July, 2008, hereby

ORDERED that the time by which the Government must file an information or indictment against Defendant Alethia Grooms under the Speedy Trial Act, 18 U.S.C. § 3161, is continued for an additional period of 60 days. It is

FURTHER ORDERED that the status hearing currently scheduled for July 15, 2008, is hereby **vacated**.

**SO ORDERED.**

_____
United States Magistrate Judge