**FILED**

JUL 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

   v.      Case # 07-648-M-1

ALETHIA GROOMS,

   Defendant

ORDER

Upon consideration of the Joint Motion for Continuance Pursuant to 18 U.S.C. §3161(h)(8) and to vacate the July 15, 2008, Status Hearing, the Court makes the following findings:

1  The investigation in this matter is ongoing and involves the review of an extraordinarily large volume of governmental and financial records over a significant period of time.

2.  The parties request additional time to facilitate a full and complete grand jury investigation, to permit Defendant Grooms and her counsel sufficient time to

investigate all facts, and to allow the parties the opportunity to discuss a potential resolution of the case.

3. Under the circumstances, I find that it is unreasonable to expect return and filing of the indictment within the period specified in 18 U.S.C. § 3161(b) * * * because the facts upon which the grand jury must base its determination are unusual and complex. See 18 U.S.C. § 3161(h)(8)(B)(iii). I further find that a failure to grant such a continuance in the proceeding would be likely to * * * result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(i).

4. For the foregoing reasons, the ends of justice will be served by granting a 60-day continuance of time within which to file an information or indictment. Those ends outweigh the best interests of the public and the defendant in a speedy trial, because a 60-day continuance will permit a full and complete grand jury investigation into this matter and will allow the parties sufficient time to discuss a potential resolution of the case.

Wherefore, it is this 15th day of July, 2008, hereby

ORDERED that the time by which the Government must file an information or indictment against Defendant Alethia Grooms under the Speedy Trial Act, 18 U.S.C. § 3161, is continued for an additional period of 60 days. It is

FURTHER ORDERED that the status hearing currently scheduled for July 15, 2008, is hereby **vacated**.

SO ORDERED.

_____
United States Magistrate Judge